```
IN THE UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF ARKANSAS
        HOT SPRINGS DIVISION
```

DERRICK HOBSON                                              PLAINTIFF

    v.                          No. 05-6013

CAPTAIN STEED, GARLAND
COUNTY DETENTION CENTER                                    DEFENDANTS

## **ORDER**

Now on this 25th day of October 2005, there comes on for consideration the report and recommendation filed herein on October 6, 2005, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 19). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 10) is DENIED.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge